IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION,　　　　　　　 )
STRYKER PUERTO RICO, LTD., and　　　　)
STRYKER SALES CORPORATION,　　　　　)　Case No. 1-10-cv-1223
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　　 )　Hon. Robert J. Jonker
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
ZIMMER, INC., and　　　　　　　　　　 )
ZIMMER SURGICAL, INC.,　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)　**ORAL ARGUMENT REQUESTED**
　　　　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## STRYKER'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANT ZIMMER FROM REFERRING TO THE WEBSITE WWW.HUGESETTLEMENT.COM

Pursuant to the Federal Rules of Evidence and Local Rules 7.1 and 7.3, Plaintiffs Stryker

Corporation, Stryker Puerto Rico, Ltd., and Stryker Sales Corporation (collectively "Stryker"),

by and through its attorneys, move *in limine* for an Order precluding Defendant Zimmer from

making any reference (either through statements or by eliciting testimony from any witnesses) to

the website "www.hugesettlements.com" and, specifically, to the fact that the name of Stryker's

expert, Mr. Neil Sheehan, allegedly appeared on that website at one point without his permission.

Good cause for this motion exists and is set forth in the accompanying brief.

Pursuant to Local Rule 7.1(d), Counsel for Stryker conferred with Defendants' counsel and

Defendants opposed this motion.

Pursuant to Local Rule 7.3(d), Stryker respectfully requests oral argument on this motion.

Dated:  December 18, 2012                         Respectfully submitted,


 /s/ D. Andrew Portinga
David J. Gass (34582)
D. Andrew Portinga (P55804)
**MILLER JOHNSON**
Calder Plaza Building
250 Monroe Avenue NW Suite 800
Grand Rapids, Michigan 49503-2250
(616) 831-1717


Gregory J. Vogler
Sharon A. Hwang
Deborah A. Laughton
Laura M. Personick
Justin J. Paul
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Plaintiffs,*
Stryker Corporation,
Stryker Puerto Rico, Ltd. and
Stryker Sales Corporation