UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION,
STRYKER PUERTO RICO, LTD., and
STRYKER SALES CORPORATION,

        Plaintiffs,                          CASE NO. 1:10-CV-1223

v.                                           HON. ROBERT J. JONKER

ZIMMER, INC., and
ZIMMER SURGICAL, INC.,

        Defendants
_____/

## VERDICT FORM

We, the jury, unanimously answer the questions submitted as follows:

# PART I: INFRINGEMENT

| Burden of Proof | The burden is on Stryker to prove Infringement by a preponderance of the evidence |
|---|---|
| Key Idea | Does the "accused device" have every element of the particular patent claim at issue, either literally, or by the "doctrine of equivalents"? |

1. Did Stryker carry its burden of proving by a preponderance of the evidence that Zimmer literally infringed Claim 2 of the '329 Patent?

                __X__ Yes          _____ No

2. Did Stryker carry its burden of proving by a preponderance of the evidence that Zimmer infringed Claim 2 of the '329 Patent by the Doctrine of Equivalents?

                __X__ Yes          _____ No

## PART II: INVALIDITY

| Burden of Proof | The burden is on Zimmer to prove Invalidity by clear and convincing evidence |
|---|---|
| Key Idea | Does "prior art" make the particular patent claim "anticipated" (a single reference), or "obvious" (multiple references in the context of secondary factors) to someone "skilled in the art"? |

For each of the following Claims, answer where requested whether Zimmer has carried it burden of proving by clear and convincing evidence that the Claim is invalid as "Anticipated" or "Obvious" (or both) under the instructions I have given you for each doctrine.

|     |                              | ANTICIPATED? |           | OBVIOUS? |           |
|-----|------------------------------|--------------|-----------|----------|-----------|
| 1.  | Claim 2 of the '329 Patent   | ____ Yes     | _X_ No    | ____ Yes | _X_ No    |
| 2.  | Claim 45 of the '807 Patent  | ____ Yes     | _X_ No    | ____ Yes | _X_ No    |
| 3.  | Claim 50 of the '807 Patent  | ____ Yes     | _X_ No    | ____ Yes | _X_ No    |
| 4.  | Claim 51 of the '807 Patent  | ____ Yes     | _X_ No    | ____ Yes | _X_ No    |
| 5.  | Claim 52 of the '807 Patent  | ____ Yes     | _X_ No    | ____ Yes | _X_ No    |
| 6.  | Claim 1 of the '383 Patent   |              |           | ____ Yes | _X_ No    |
| 7.  | Claim 2 of the '383 Patent   |              |           | ____ Yes | _X_ No    |
| 8.  | Claim 3 of the '383 Patent   |              |           | ____ Yes | _X_ No    |
| 9.  | Claim 8 of the '383 Patent   |              |           | ____ Yes | _X_ No    |
| 10. | Claim 10 of the '383 Patent  |              |           | ____ Yes | _X_ No    |
| 11. | Claim 11 of the '383 Patent  |              |           | ____ Yes | _X_ No    |
| 12. | Claim 13 of the '383 Patent  |              |           | ____ Yes | _X_ No    |

|     |                              | | OBVIOUS? |
|-----|------------------------------|-|----------|
| 13. | Claim 17 of the '383 Patent  | ___ Yes | _X_ No |
| 14. | Claim 19 of the '383 Patent  | ___ Yes | _X_ No |
| 15  | Claim 20 of the '383 Patent  | ___ Yes | _X_ No |
| 16. | Claim 22 of the '383 Patent  | ___ Yes | _X_ No |
| 17. | Claim 24 of the '383 Patent  | ___ Yes | _X_ No |
| 18. | Claim 27 of the '383 Patent  | ___ Yes | _X_ No |
| 19. | Claim 38 of the '383 Patent  | ___ Yes | _X_ No |
| 20. | Claim 40 of the '383 Patent  | ___ Yes | _X_ No |
| 21. | Claim 46 of the '383 Patent  | ___ Yes | _X_ No |

# PART III: REMEDY

## SUBPART A: MONEY DAMAGES

| Burden of Proof | The burden is on Stryker to prove the amount of Money Damages by a preponderance of the evidence. |
|---|---|
| Key Idea | Assuming Zimmer infringed valid patent claims, what amount of money would put Stryker in the position it would have occupied without the infringement? |

1. Did Stryker carry its burden of proving by a preponderance of the evidence that Stryker is entitled to recover any lost profits because of Zimmer's sales of infringing products?

    _X_ Yes         ___ No

3

If you answered "Yes," enter the dollar amount you find Stryker has proved by a preponderance of the evidence it is entitled to recover as lost profits:

$ __70 MILLION__

2. What is the reasonable royalty rate (in percent) that you find Stryker has proven by a preponderance of the evidence should apply to any covered sales of infringing products by Zimmer, assuming validity and infringement of all three patents in suit?

__25__ % (Double initial percentage of Davol license as we felt 32.2% was too high)

   a. Do you find that the reasonable royalty rate would be any different if fewer than all three of the patents in suit are valid and infringed?

   _____ Yes   __X__ No

   b. If "no," skip to the next question. If "yes," what is the reasonable royalty that you find Stryker has established by a preponderance of the evidence should apply for each of the patents in suit individually?

   _____ % assuming that only the '329 patent is valid and infringed

   _____ % assuming that only the '807 patent is valid and infringed

   _____ % assuming that only the '383 patent is valid and infringed

3. What is the dollar amount of sales by Zimmer to which you find Stryker has proven by a preponderance of the evidence the reasonable royalty rate should apply, assuming validity and infringement of all three patents in suit?

$ __254,823,154__

   a. Do you find that the dollar amount of sales to which the reasonable royalty rate should apply would be any different if fewer than all three of the patents in suit are valid and infringed?

   __X__ Yes   _____ No

4

b.  If "no," skip to the next question. If "yes," what is the dollar amount of sales by Zimmer to which you find Stryker has established by a preponderance of the evidence the reasonable royalty rate should apply for each of the patents in suit individually?

$ _254,823,154_ assuming that only the '329 patent is valid and infringed

$ _254,823,154_ assuming that only the '807 patent is valid and infringed

$ _163,647,429.50_ assuming that only the '383 patent is valid and infringed

# PART III: REMEDY

## SUBPART B: MARKING

| Burden of Proof | The burden is on Stryker to prove proper Marking by a preponderance of the evidence. |
|---|---|
| Key Idea | Did Stryker appropriately mark "substantially all" of its own products with the applicable patent numbers; and, if so, by what date? |

1.  Has Stryker met its burden of proving by a preponderance of the evidence that it acted reasonably in choosing the mark product labels, rather than the plastic product itself?

    _X_ Yes        ____ No

2.  Has Stryker met is burden of proving by a preponderance of the evidence that it marked substantially all of its products with the applicable patent number?

    a.  For the '329 Patent?

        _X_ Yes        ____ No

        If yes, by what date? _Dec 10, 2004_

5

b.  For the '807 Patent?

  __X__ Yes  _____ No

  If yes, by what date? __Dec 10, 2004__

c.  For the '383 Patent?

  __X__ Yes  _____ No

  If yes, by what date? __March 16, 2007__

# PART III: REMEDY

## SUBPART C: WILLFULNESS

| Burden of Proof | The burden is on Stryker to prove Willfulness by clear and convincing evidence. |
|---|---|
| Key Idea | Was there an objectively "high likelihood" of liability; and, if so, did Zimmer know or should Zimmer have known it? |

Has Stryker met its burden of proving by clear and convincing evidence that Zimmer acted willfully in infringing any valid claims under the applicable patent?

a.  For the '329 Patent?

  __X__ Yes  _____ No

b.  For the '807 Patent?

  __X__ Yes  _____ No

6

c.   For the '383 Patent?

   X    Yes            _____ No

## SIGNATURE BLOCK

We, the jury, unanimously return this verdict form as our verdict in the case:

Date: February 5, 2013     _[signature]_
                                           Jury Foreperson

Date: 2/05/13     Jennifer Kessinger

Date: 2/5/13     Lisa Weiler

Date: 2/5/13     _[signature] Hamm_

Date: 2-5-13     _[signature]_

Date: 2/05/13     Natasha Beard

Date: 2-5-13     Nich Clark

Date: 2-5-13     Jean Bates

7

Can we see all of the physical devices? claim charts as well

3:30
2-4-13
#1

Would it be possible to have the large claim charts in the jury room to present and view all at once as a group?

2:4-13
4:40

(#2)

We're no where near a conclusion. See you tomorrow!

/s/

2-4-13
4:50

(#3)

---

Is there a copy of Mrs. Lawton's full report that we can reference?

Also, would it be possible to watch the "Rick May" deposition video again?

—/s/

#3 12:00 2-5-13

Are we allowed to come up with our own figures for either lost profits amounts or reasonable royalty, i.e., come to a compromise?

#4 If we find one claim of several ~~was~~ obvious, does that make the whole patent invalid?

12:30 #4 2-5-13

We have come to a conclusion and filled out the verdict form.

1:50 pm
2-5-13
#5