UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION,
STRYKER PUERTO RICO, LTD., and
STRYKER SALES CORPORATION,

    Plaintiffs and Counter-Defendants,

v.

    CASE NO. 1:10-CV-1223

    HON. ROBERT J. JONKER

ZIMMER INC., and
ZIMMER SURGICAL, INC.,

    Defendants and Counter-Plaintiffs.
_____/

## ORDER

By Order dated August 7, 2013, the Court disposed of all pending motions in the case. The record appears ready for entry of Final Judgment. The parties may jointly submit a proposed form of Final Judgment that in their view implements the rulings of the Court and the verdict of the jury not later than August 21, 2013. If the parties cannot agree on a proper form of Final Judgment, each party may submit its own proposed form for the Court's consideration not later than August 23, 2013, and its objections to the other side's proposed form of Final Judgment not later than August 28, 2013. The Court will enter Final Judgment after considering the submissions of the parties.

    **IT IS SO ORDERED**.


Dated:    August 7, 2013        /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE