UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STRYKER CORPORATION,<br>STRYKER PUERTO RICO, LTD., and<br>STRYKER SALES CORPORATION<br><br>       Plaintiff and Counter-Defendants,<br><br>  vs.<br><br>ZIMMER, INC., and<br>ZIMMER SURGICAL, INC.<br><br>       Defendants and Counter-Plaintiffs. | Civil Action No. 1:10-cv-1223<br><br>Hon. Robert J. Jonker<br>Chief United States District Judge |

**ORDER GRANTING STAY OF EXECUTION OF AMENDED FINAL
JUDGMENT PENDING APPEAL AND APPROVING SUPERSEDEAS BOND**

     This matter is before the Court on Zimmer's Unopposed Motion for Stay of Execution of Amended Final Judgment Pending Appeal and Approval of Supersedeas Bond (Dkt. 613). Zimmer has submitted to the Court a bond from Liberty Mutual Insurance Company in the amount of $165 million. Stryker has confirmed it has no objection to this motion, including the amount, issuer, or form of bond. The Court is satisfied with the bond and approves it as a supersedeas bond in this case sufficient to stay execution of the monetary portions of the Court's Amended Final Judgment and Permanent Injunction After Remand (Dkt. 611), effective immediately.

     Accordingly, Zimmer's Motion (Dkt. 613) is GRANTED, the tendered bond (Dkt. 613-1) is APPROVED, and execution of the monetary portions of this Court's Final Judgment are

stayed under Rule 62(d) of the Federal Rules of Civil Procedure, effective immediately.  Zimmer shall deliver the original bond to the Court within three business days.

**IT IS SO ORDERED.**

   /s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE

Dated:   July 24, 2017